IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VINCENT L SMITH,

 Petitioner,

v.            CASE NO. 1:10-cv-00230-MP -GRJ

WARDEN,
FCC COLEMAN,

 Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 1, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner did not use the Court's form for § 2241 petitions and has not paid the $5.00 habeas corpus filing fee. These deficiencies must be corrected before the Court undertakes further review of the petition.

Accordingly, it is **ORDERED:**

1. The **Clerk** shall send Petitioner a blank § 2241 habeas corpus form and instructions. Petitioner shall mark the form "Amended Petition," complete the form in its entirety, and return the signed original and two identical service copies to the Court **on or before December 22, 2010.**

2. Petitioner shall, **on or before December 22, 2010**, either pay the $5.00 habeas corpus filing fee, or file a motion for leave to proceed as a pauper. The **Clerk** is directed to send Petitioner the forms necessary for filing an IFP motion.

3. Failure to comply with this Order within the allotted time will result in a recommendation to the District Judge that this case be dismissed.

**DONE AND ORDERED** this 22nd day of November 2010.

         *s/ Gary R. Jones*
         GARY R. JONES
         United States Magistrate Judge