IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VINCENT L SMITH,

    Petitioner,

v.                                                                          CASE NO. 1:10-cv-00230-MP -GRJ

UNITED STATES OF AMERICA, et al.,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that the petition be dismissed. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that Petitioner should have brought this action under 28 U.S.C. § 2255 rather than § 2241 because he does not meet any of the requirements of the savings clause. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This petition is dismissed and the Clerk is directed to close the file.

**DONE AND ORDERED** this *15th* day of April, 2011

                                          *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge